UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2019 AUG 19  A 10: 22
U.S. DISTRICT COURT
NEW HAVEN, CT.

IN THE MATTER OF AN APPLICATION  :  MISC. NO. 3:19MJ225(RMS)
OF THE UNITED STATES OF AMERICA  :
: 
:
:  August 19, 2019

## STATUS REPORT

Pursuant to the Court's order, the Government submits the following in response to that order.

1. On July 26, 2018, the government presented a nondisclosure order for the Court's consideration in the above matter.

2. As part of the application, the Court sealed the matter because disclosure would, among other things, jeopardize the investigation.

3. At this time, the government has no objection to the unsealing of documents in the above matter.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
Assistant U.S. Attorney
Attorney Bar # ct20962
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Douglas.Morabito@usdoj.gov